Patricia S. **CHAFIN**, Plaintiff— Appellant,

v.

**STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company, Defendant—Appellee.**

No. 04–1033.

United States Court of Appeals, Fourth Circuit.

Submitted: May 27, 2004.

Decided: June 2, 2004.

Mark Hobbs, Law Office of Mark Hobbs, Chapmanville, West Virginia, for Appellant.

Jeffery S. Burgess, Charles S. Piccirillo, Shaffer & Shaffer, P.L.L.C., Madison, West Virginia, Kelly R. Charnock, Shaffer & Shaffer, P.L.L.C., Charleston, West Virginia, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia S. Chafin appeals the district court's order granting summary judgment in favor of State Farm Fire and Casualty Company. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Chafin v. State Farm Fire and Casualty Co.*, No. CA–03–153–2 (S.D.W.Va. Nov. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*